ALLEGHENY BRADFORD CORPORA-
TION (doing business as Top Line
Process Equipment Company), Plain-
tiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 05–1251.

United States Court of Appeals,
Federal Circuit.

April 26, 2005.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

CATALYST & CHEMICAL SERVICES,
INC. (doing business as Whisper Wash
Development Corporation) and John
Gaughan, Plaintiffs–Appellants,

v.

GLOBAL GROUND SUPPORT
and William E. Dempsey,
Defendants–Appellees.

No. 05–1252.

United States Court of Appeals,
Federal Circuit.

April 27, 2005.

## ORDER

Upon consideration of Catalyst & Chem-
ical Services, Inc. et al.'s unopposed mo-
tion to voluntarily dismiss their appeal
from several orders in *Catalyst & Chemi-
cal Services, Inc. v. Global Ground Sup-
port*, No. 1:02 CV00388,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

* We note that Catalyst & Chemical Services requests that this dismissal be without preju- dice, however, it is not the practice of this court to dismiss with or without prejudice.